UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,                           Case No: 25-mj-394 DLM

　　　　　Plaintiff,

v.

　　　　　　　　　　　　　　　　　　　ORDER OF PRELIMINARY
　　　　　　　　　　　　　　　　　　　DETENTION PENDING HEARING
　　　　　　　　　　　　　　　　　　　PURSUANT TO BAIL REFORM ACT

Godwin Obot,
　　　　　Defendant.

_____

　　　Upon motion of the United States it is ORDERED that a detention/removal and identity hearing is set for June 26, 2025 at 3:00 p.m. before Magistrate Judge Douglas L. Micko, CR 6B, Warren E. Burger Building and U.S. Courthouse, St. Paul, Minnesota.  Pending this hearing, the Defendant shall be held in custody by the United States Marshal and produced for the hearing.

Dated: June 24, 2025                            　　　　　　s/ Douglas L. Micko
　　　　　　　　　　　　　　　　　　　　　　　　Douglas L. Micko
　　　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge

If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142 are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee; or (b) will obstruct or attempt to obstruct justice, to threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.